## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

T-Rex Property AB,                                                Civil No. 16-2018 (DWF/BRT)

          Plaintiff,

v.                                                                                **ORDER FOR DISMISSAL**
                                                            **WITH PREJUDICE**

Cedar Fair, L.P.,

          Defendant.

Based on the parties' Stipulation to Dismiss With Prejudice filed on December 29, 2017, (Doc. No. [74]),

**IT IS HEREBY ORDERED** that all claims and counterclaims asserted in the above-captioned matter between Plaintiff, T-Rex Property AB and Defendant, Cedar Fair, L.P. are **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses and attorney fees.

Dated:  January 2, 2018              s/Donovan W. Frank
                                                        DONOVAN W. FRANK
                                                        United States District Judge